IN THE UNITED STATES CIRCUIT COURT

FOR THE FOURTH CIRCUIT

FROM USDC-ASHEVILLE DIVISION 09-17

| | |
|---|---|
| ALBERT C. BURGESS, JR. ] | |
| Defendant/Petitioner ] | |
| ] | |
| vs. ] | PETITION FOR A WRIT OF MANDAMUS |
| ] | Rule 21=FRApP |
| UNITED STATES OF AMERICA ] | |
| Respondent ] | |

This is a situation that never should have happened. And, it was so obvious that everyone involved knew that I was being treated wrongly.

First, the facts:

1. I was indicted for downloading and possessing THREE IMAGES OF CHILD PORNOGRAPHY. AND, THREE MOVIES OF CHILD PORNOGRAY. That was ALL!!!!

2. I went to a jury trial, all the was thru and was found guilty by the jury of possessing and ownloading those same images. That was ALL!!!

3. At sentencing I watched the U. S. Attorney stand up in front of Judge Graham Mullen and tell him my offense was a Level 22 but because I had NOT sent any images to anyone, they recommended I receive a TWO level reduction to a Level 20. THIS ON THE TRANSCRIPT OF THE SENTRENCING HEARING

4. That the time, Apprendi and Booker had been decided by the U. S. Supreme Court.

5. Thereafter Judge Mullen began a long speach about how many images I had possession of, the Preponderence of the Evidence that was very partially included, although it was improperly presented. I, representing myself, OBJECTED TO THE INCLUSION AND LATER THE SENTENCE.

6. Judge Mullen then said my offense level was not 20 but 40 and I faced not 45-55 months but 292 to life. He said the jury verdict did not properly include the many images I had. Again, I objected.

7. I appealed the verdict and sentence. I was appointed some man who practiced law out of garage then some woman who was working out of her home and I told them both what the law was which seemed to resent, and never raised the issue anywhere at all. I suppose I believed since I was not entitled to claiming PLAIN ERROR that there had indeed=been PLAIN ERROR under Rule 52(b).

8. I had not read 52(b) in years because my personal health has been in the "trash can." Once I did read and research it, I realized wht Judge Mullen had done and filed a Motion to Correct the illegal and very excessive sentence under GRCrP 52(b).

9. No ruling was made so I filed another Rule 52(b). Still nothing from the Court.

10. During the Interim, Judge Mullen included in an order denying my compassionate release that I was sentenced at a Level 40. This, I knew was inaccurate. and, since the Court refuses to follow the law in this Circuit and the United States, I decided I had no choice but to file this Writ of Mandamus to compel the Court to rule.

I realize that most if not all judges do NOT want me out of prison. But, we are still a nation of laws and not of men and by the law, I should have never been sentenced to this length of time. Then, in 2018, the Supreme Court once again states that the Guidelines are to be followed. That law may or may not have been retroactive, however, because Booker and Apprendi which were in effect when I was tried and sentenced was.

RELIEF REQUESTED

That this Court order an immediate hearing on this Petition, appoint this Defendant counsel familiar with the laws of the United States and practices criminal appellate law openly. Then the Court, if it is not obvious from the record, order this Defendant to be re-released from custody.

RESPECTFULLY SUBMITTED THIS THE 28th day of January, 2025.

Albert C. Burgess, Jr.

88539-071 10-B

POB 4000

Rochester, Minn. 55903

VERIFICATION

I declare under Penalty of Perjury that each and every word(s) in this Petition is True.

s./

Albert C. Burgess, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NROTH CAROLINA

ASHEVILLE DIVIION

2009 cr-09-217

| | | |
|---|---|---|
| United States of America | ] | |
| | ] | |
| vs. | ] | MOTION UNDER RULE 52(b) |
| | ] | |
| Albert C. Burgess, Jr. | ] | |
| Defendant | ] | |

Rule 52 (b) FRCrP

This is Plain error, what will be descreibed herein. So Plain that it brings up the issue Judicial Discretion being ABUSED and Prosecutorial Misonduct because the U. S. Attorney who answered the Motion for Compassionate Release and completely ignored then violated his Code of PROFESSIONAL Conduct.

The allegation contained herein is completely confirmed and verified by the Trial Transcript

That is correct Completely verified by the trial transcript.

After the trial by JURY the U. S. Attorney told the Court that the Offense Level was 22, category three. She then told the Court that the United States asked for a two level reudction because this Defendant had not distributed any images of child pornography. That left the sentencing level at a 20, with the possible sentence range of 45 to 55 months.

Yhereafter with the concurrence of the Assistant U. S. Attorney

the Court imposed a sentence of 292 months.

The Defendant objected to the sentence in court and on the Transcript, not that it mattered.

The Court was dealing with a guilty verdict by A JURY. This was not a plea deal where the United States could impose any sentence they wished.

This is PLAIN ERROR and this Court should immediately address this matter because the Defendant's rights have been trampled on by a system known for doing just that.

TWICE before, this Defendant has pointed out these errors to the Coutt. Despite a U. S. Supreme Court edcision in 2018, and decisions by the High Coury which probibit this type of sentencing. This Court and the U. S. Attorney who deliberately quoted the false information about this Defendant's Constitutional Rights, which he does not recognize, and thereby committed himself to this type of flagrant behavior.

This what the United States Attorney told this Court and was used by his office at trial, where their office and and alleged attorneys sworn to enforce the Code of Professional Conduct and the laws of the United States. Because this was a highly visible case demurred because they felt the heat instead of their sworn duty to enforce the laws as OFFICER(s) of the Court.

Thet the Court quoted that this Defendant was in fact at a Level 40 (not 20) and was facing life in prison. Judge Mullen and the U. S. Attorney actively pursued a path of deception and lies and sentenced this Defendant illegally because they could, then proceeded to promote the illegal sentence to both the Attorney's

apponited by a corrupt court and then was supported by that Court and the U. S. Attorney who were basking in the public acclaim of the illegal sentence, which is verified by the TWO Rile 32 (b) motions which have just been ignored by this Court despite being legally and timely filed.

RELIEF REQUESTED

1. That a judge from the Asheville Division be appointed to hear this case, WHICH IS THE PROPER VENUE FOR THIS CASE, NOT CHARLOTTE.

2. That this Defendant, proceeding in forma pauperis, be appointed an attorney to IMMEDIATELY ASK FOR A HEARING ON THIS MATTER.

3. That this Defendant be provideda true copy of this Presentence Report and a transcript of the sentencing hearing before Judge Mullen.

4. For any other relief this Court deems just and proper.

This the 27th of November, 2024.

Albert C. Burgess, Jr.
88539-071 10-B
POB 4000
Rochester, Minnesota 55903

certificate of service

I do certify that a true copy of this Motion was sent by first class mailto: U. S. Attorney. 100 Otis Street, Asheville, N. C. 28801 on this the 27th OF November, 2024.

Albert C. Burgess, Jr.

| | | |
|---|---|---|
| | | (Enright, Anthony) Modified *text on 7/11/2024 (ejb). (Entered: 07/10/2024) |
| 07/10/2024 | 442 | SEALED DOCUMENT *(Sealed - Attorney)*: re: 441 MOTION to Seal Document *Exhibit 1*, 440 Response in Opposition by USA; (available to: USA, Albert Charles Burgess) (Enright, Anthony) (Entered: 07/10/2024) |
| 07/18/2024 | 443 | **ORDER granting 441 Motion to Seal Document as to Albert Charles Burgess (1). Signed by Senior Judge Graham Mullen on 7/18/2024.(Pro se litigant served by US Mail.) (kab)** (Entered: 07/18/2024) |
| 07/29/2024 | 444 | MOTION for Extension of Time to File Reply as to 437 MOTION to Reduce Sentence Pursuant to Compassionate Release by Albert Charles Burgess. (Attachments: # 1 Envelope) (smm) (Entered: 07/29/2024) |
| 07/30/2024 | | **TEXT-ONLY ORDER granting 444 Motion for Extension of Time to File Response/Reply as to Albert Charles Burgess (1) Replies due by 8/20/2024 Entered by Senior Judge Graham Mullen on July 30, 2024.(Pro se litigant served by US Mail.) (DC)** (Entered: 07/30/2024) |
| 08/06/2024 | 445 | MOTION Under FRCrP-Plain Error by Albert Charles Burgess. Responses due by 8/13/2024 (Attachments: # 1 Envelope) (smm) (Entered: 08/06/2024) |
| 08/19/2024 | 446 | REPLY TO Illegal Answer of the United States re: 437 Amended Motion by Albert Charles Burgess. (Attachments: # 1 Envelope) (smm) (Entered: 08/19/2024) |
| 09/19/2024 | 447 | **ORDER denying 437 Motion for Compassionate Release/Reduction of Sentence as to Albert Charles Burgess (1) Signed by Senior Judge Graham Mullen on 9/19/2024.(Pro se litigant served by US Mail.) (kab)** (Entered: 09/19/2024) |
| 10/09/2024 | 448 | NOTICE OF APPEAL as to 447 Order on Motion to Reduce Sentence by Albert Charles Burgess (IFP/CJA). [Note from Clerk: Due to the impacts of Hurricane Helene, the Clerk's Office did not receive mail from 9/27/2024 - 10/8/2024. This document was received on 10/9/2024; however, delivery may have been significantly delayed due to the storm.] (Attachments: # 1 Envelope) (cly) (Entered: 10/10/2024) |
| 10/10/2024 | 449 | Transmission of Notice of Appeal as to Albert Charles Burgess to US Court of Appeals re 448 Notice of Appeal. (cly) (Entered: 10/10/2024) |
| 10/17/2024 | 450 | USCA Case Number as to Albert Charles Burgess 24-6980 for 448 Notice of Appeal, USCA Case Manager: Karen Stump. (nvc) (Entered: 10/17/2024) |
| 10/18/2024 | | Original Assembled Electronic Record as to Albert Charles Burgess Transmitted to Fourth Circuit re 448 Notice of Appeal [24-6980], Part 1 (docs 1-225), Part 2 (docs 226-450). (llp) (Entered: 10/18/2024) |
| 11/06/2024 | 451 | Mail (NEF of 10/18/2024 Electronic Record Transmitted) addressed to Albert Charles Burgess returned as undeliverable. (Attachments: # 1 NEF of Electronic Record Transmitted)(llp) (Entered: 11/07/2024) |
| 12/09/2024 | 452 | MOTION Under Rule 52(b) by Albert Charles Burgess. Responses due by 12/16/2024 (Attachments: # 1 Envelope) Incorrect case number provided by filer. Clerk docketed in this case after a review of the Defendant's docket sheet. (sc) (Entered: 12/10/2024) |
| 12/23/2024 | 453 | LETTER by Albert Charles Burgess requesting update re: 452 MOTION to Set Aside Judgment filed by Albert Charles Burgess. No case number provided by filer. Clerk docketed in this case after a review of the Defendant's docket sheet. (Attachments: # 1 Envelope) (sc) (Entered: 12/23/2024) |

COMMITTED N.
REG. NO. & QTI
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

RICHMOND VA RPDC 230
3 FEB 2025 PM 3 L




USPS

RECEIVED
U.S. MARSHALS

⇔88539-071⇔
Clerk Fourth Circuit
1100 E MAIN ST
Richmond, VA 23219
United States

23219-353826